JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET TAGGARES, et al., | CV 20-11801 PA (PDx) |
| Petitioners, | JUDGMENT OF DISMISSAL |
| v. | |
| BRUCE BURROWS, et al., | |
| Respondents. | |

Pursuant to the Court's January 26, 2021 Minute Order, which dismissed the Petition to Vacate Arbitration Award filed by petitioners Janet Taggares, Jeffrey Lohmann, and Red River Aircraft Leasing, LLC (collectively "Petitioners") against respondents Bruce Burrows, Fresh Water, Inc., and Remington Designs, LLC (collectively "Respondents"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioners' Petition to Vacate Arbitration Award is dismissed without prejudice for lack of subject matter jurisdiction.

DATED: January 26, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE